RYNDON DURALL

VERSUS

HONORABLE JUDGE JUNE BERRY
DARENSBURG, 24TH J.D.C. DIV C

NO. 24-K-430

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 20, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** RYNDON DURALL

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B. DARENSBURG, DIVISION "C", NUMBER 23-4290

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Scott U. Schlegel

**WRIT DENIED**

In this writ application requesting mandamus relief, relator, Ryndon Durall, seeks to have this Court compel the district court to set for hearing pre-trial motions he filed in the Twenty-Fourth Judicial District Court in case no. 22-02126 and case no. 23-00270, respectively. For the following reasons, we deny the writ.

A review of the record shows that in case no. 22-02126, on July 21, 2022, relator was charged by bill of information with one count of possession with intent to distribute cocaine weighing less than twenty-eight grams, a violation of La. R.S. 40:967(A); and one count of possession with intent to distribute cocaine weighing twenty-eight grams or greater, a violation of La. R.S. 40:967(A). In this case, on August 18, 2022, relator filed several pre-trial motions, including a motion for preliminary hearing, motion to suppress identification, motion to suppress confession, and a motion to suppress evidence. It appears from the record that these motions were never heard by the district court.

The record further shows that on January 12, 2023, in case no. 23-00270, relator was charged by bill of information with one count of possession of cocaine with an aggregate weight of two grams or more but less than twenty-eight grams, a violation of La. R.S. 40:967(C). In this case, on February 14, 2023, relator also filed several pre-trial motions, including a motion for preliminary hearing, motion to suppress identification, motion to suppress confession, and a motion to suppress evidence. It appears that these motions were likewise never heard by the district court.

According to the record, on September 18, 2023, the charges in both case no. 22-02126 and case no. 23-00270 were dismissed because a new bill of information had been refiled into case no. 23-04290 on September 11, 2023, which included the same charges. The record indicates that a motion hearing was scheduled for September 13, 2024, but was continued at the request of relator's counsel due to unforeseen circumstances occasioned by Hurricane Francine. The motion hearing is currently reset for September 27, 2024. From the record, it appears that the outstanding motions of which relator complains will be taken up by the district court at that time.

Considering that a motion hearing is currently scheduled for September 27, 2024, we find that relator is not entitled to the mandamus relief he seeks at this time. Accordingly, this writ application is denied.

Gretna, Louisiana, this 20th day of September, 2024.

**SMC**
**JGG**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-430**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Ryndon Durall #123699 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054